UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOLDING CAPITAL GROUP, INC.
    Plaintiff,
v.

COMPUREX SYSTEMS CORPORATION,
MARK OSTROFF and
CHRISTOPHER E. PERNOCK
    Defendants.

CIVIL ACTION NO. 04-12061-MEL

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PLEADINGS

Please enter the appearance in the above-captioned proceeding of Thomas S. Fitzpatrick and Alice A. Kokodis of Davis, Malm & D'Agostine, P.C., One Boston Place, Boston, MA 02108 ("Counsel") on behalf of the defendants Compurex Systems Corporation, Mark Ostroff and Christopher E. Pernock. Counsel hereby requests service of all notices, pleadings, correspondence and other communications filed in the above-captioned proceeding.

Thomas S. Fitzpatrick, Esq.
BBO # 556453
Alice A. Kokodis, Esq.
BBO # 631401
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500

Dated: October 8, 2004

334912v.1