UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HOLDING CAPITAL GROUP, INC.<br>    Plaintiff,<br><br>v.<br><br>COMPUREX SYSTEMS CORPORATION,<br>MARK OSTROFF and<br>CHRISTOPHER E. PERNOCK<br>    Defendants. | CIVIL ACTION NO. 04-12061-MEL |

### CERTIFICATE OF SERVICE

I, Alice A. Kokodis, Esquire, do hereby certify that I have this 8th day of October 2004 served a copy of the Notice of Appearance of Thomas S. Fitzpatrick and Alice A. Kokodis via first class mail, postage prepaid to the following individuals:

Paul Michienzie, Esq.
David P. Russman, Esq.
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
(617) 227-5660

_____
Alice A. Kokodis

334914v.1