AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States                    District of    Massachusetts

Holding Capital Group, Inc.

V.                                    **SUMMONS IN A CIVIL ACTION**

Compurex Systmes Corporation,
Mark Ostroff and                   **04** cv **12061 MEL**
Christopher E. Pernock              CASE NUMBER:


TO: (Name and address of Defendant)    Mark Ostroff
                                       c/o Alice A. Kokodis, Esq.
                                       Davis Malm & D'Agostine PC
                                       One Boston Place
                                       Boston, MA    02108


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul Michienzie, Esq.
Michienzie & Sawin LLC
745 Boylston Street, 5th Fl.
Boston, MA    02116


an answer to the complaint which is served on you with this summons, within _____24_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.


TONY ANASTAS

CLERK

(By) DEPUTY CLERK

9-24-04

DATE