AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States         District of    Massachusetts

Holding Capital Group, Inc.

V.

Compurex Systems Corporation,
Mark Ostroff and
Christopher E. Pernock

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12061 MEL

TO: (Name and address of Defendant)

Christopher E. Pernock
c/o Alice A. Kokodis, Esq.
Davis Malm & D'Agostine PC
One Boston Place
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Paul Michienzie, Esq.
Michienzie & Sawin LLC
745 Boylston Street, 5th Fl.
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within ____24____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   9-24-04