## CERTIFICATE OF SERVICE

I, Paul Michienzie, hereby certify that on this 3rd day of December 2004, I served a copy of the foregoing, by first-class mail and facsimile, postage prepaid to the following:

Thomas S. Fitzpatrick, Esq.
Alice A. Kokodis, Esq.
Davis Malm & D'Agostine, P.C.
One Boston Place, 37th Floor
Boston, MA   02108

Paul Michienzie