UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOLDING CAPITAL GROUP, INC., )
    Plaintiff, )
)
v. ) Civil Action No. 04-CV-12061 MEL
)
COMPUREX SYSTEMS )
CORPORATION, MARK OSTROFF )
and CHRISTOPHER E. PERNOCK, )
    Defendants. )
)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We, Paul Michienzie and James W. Donaghy, hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation and we have conferred to consider the resolution of this litigation by the use of Alternative Dispute Resolution Programs.

_____
Paul Michienzie, Esq.

_____
Holding Capital Group, Inc.
By:  James W. Donaghy

{00061398.DOC}