UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOLDING CAPITAL GROUP, INC.,

*Plaintiff,*

v.

COMPUREX SYSTEMS CORPORATION,
MARK OSTROFF and CHRISTOPHER E.
PERNOCK,

*Defendants.*

C. A. No. 04CV12061 WGY

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to the requirements of Local Rule 16.1(D)(3), the defendants, Compurex

Systems Corporation, Mark Ostroff and Christopher E. Pernock, and their undersigned counsel,

hereby certify that they have conferred:  (a) with a view to establishing a budget for the cost of

conducting the full course - and various alternative courses- of the litigation; and (b) to consider

the resolution of the litigation through the use of alternative dispute resolution programs such as

those outlined in Local Rule 16.4.

**COMPUREX SYSTEMS CORPORATION**

By: _____
Its duly authorized representative

**MARK OSTROFF**

_____
Mark Ostroff

**CHRISTOPHER E. PERNOCK**

_____
Christopher E. Pernock

Defendants,

**COMPUREX SYSTEMS CORPORATION,
MARK OSTROFF and CHRISTOPHER E.
PERNOCK,**

By their attorneys,

Thomas S. Fitzpatrick, Esquire (BBO #556453)
Alice A. Kokodis, Esquire (BBO #631401)
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA  02108
(617) 367-2500

Dated: December ___, 2004

341225v.1

2