YOUNG, D.J. *as modified*
So ordered as the case management
scheduling order.
Discovery due *Apr 23, 2005*
Dispositive Motions due *Nov 18, 2005*

*William G. Young*
U.S. District Judge
*Dec 15, 2004*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HOLDING CAPITAL GROUP, INC.,
Plaintiff,

v.

COMPUREX SYSTEMS
CORPORATION, MARK OSTROFF
and CHRISTOPHER E. PERNOCK,
Defendants.

Civil Action No. 04-CV-12061 WGY

### PROPOSED AGREED PRETRIAL SCHEDULE AND AGENDA FOR SCHEDULING CONFERENCE

The parties having conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, hereby submit the following proposed Pretrial Schedule and Agenda for Scheduling Conference.

1. Pre-discovery disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) shall be made by December 13, 2004.

2. The parties agree to the following discovery limits:

   A. Fact discovery shall be completed by June 3, 2005.

   B. Maximum of 25 interrogatories by each side.

   C. Maximum of 25 requests for admission by each side.

   D. Maximum of 10 depositions by each side.

   E. Each deposition shall be limited to a maximum of 7 hours unless extended by agreement of parties.

   F. Two sets of requests for production of documents by each side.

3. Joinder of additional parties and amendment of pleadings shall be made by March 4, 2005.

4. Plaintiff shall identify experts and comply with Rule 26(a)(2) by June 10, 2005.

5. Defendants shall identify experts and comply with Rule 26(a)(2) by July 22, 2005.

6. Expert depositions shall be completed by September 23, 2005.

7. Dispositive motions shall be filed by November 18, 2005.

8. ~~The parties would like a settlement conference on March 18, 2005.~~ N/A

9. The parties would like a final pretrial conference in December 2005.

10. Deadline for final list of witnesses and exhibits under Rule 26(a)(3) shall be determined at the Pretrial Conference.

11. The parties shall have 14 days after service of the final list of witnesses and exhibits to list objections under Rule 26(a)(3).

12. The case should be ready for trial by January 2006 and the anticipated length of trial is approximately 10 full days.

THE UNDERSIGNED counsel and parties hereby affirm that they have conferred concerning whether they will consent to trial by Magistrate Judge. The parties do not agree to such a trial. The Defendants only consent to such a trial.

Respectfully submitted,

HOLDING CAPITAL GROUP, INC.,

By its attorney,

Dated: 12/13/04

_____
Paul Michienzie, Esq. - BBO #548701
Christopher Matheson, Esq. – BBO #640594
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
Tel. 617-227-5660


COMPUREX SYSTEMS CORPORATION,
MARK OSTROFF and
CHRISTOPHER E. PERNOCK,

By their attorneys,

Dated: 12/13/04

_____
Thomas S. Fitzpatrick, Esq. – BBO #556453
Alice A. Kokodis, Esq. – BBO #631401
Davis Malm & D'Agostine, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
Tel. 617-367-2500

{00061395.DOC}                3