UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HOLDING CAPITAL GROUP, INC., <br>     Plaintiff, <br><br> v. <br><br> COMPUREX SYSTEMS <br> CORPORATION, MARK OSTROFF <br> and CHRISTOPHER E. PERNOCK, <br>     Defendants. | Civil Action No. 04- CV-12061 WGY |

## RULE 26 INITIAL DISCLOSURES BY PLAINTIFF, HOLDING CAPITAL GROUP, INC.

Pursuant to Fed. R. Civ. P. 26(a)(1), the plaintiff, Holding Capital Group, Inc. ("Holding Capital"), makes the following initial disclosures:

**A.     Individuals Likely to Have Discoverable Information:**

Excluding those individuals who may be used solely for purposes of impeachment, the following individuals may have discoverable information that Holding Capital may use to support their claims or defenses. Also listed is a general description of the subjects of the information they may possess, as well as the address and telephone numbers for each individual, to the extent known to Holding Capital. The individuals identified and subjects of information enumerated are "initial," based on information currently available. Individuals with information as well as the subjects of information may broaden or change as discovery occurs. Accordingly, Holding Capital does not limit itself to these initial disclosures and reserves the right to supplement this response.

{00062218.DOC}

| # | NAME/ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| 1. | Mark Ostroff<br>18 King's Road<br>Sharon, MA 02067<br>508-230-3700 | The negotiations and agreements between Compurex Systems Corporation ("Compurex"), Mark Ostroff, Christopher E. Pernock (collectively, the "Defendants") and Holding Capital; the letter of intent dated March 4, 2004 (the "LOI"); the business affairs and operating results of Compurex; the creation and operation of Newco; and the Defendants' efforts to perform the transaction. |
| 2. | Christopher E. Pernock<br>26 Pleasant Heights Drive<br>North Easton, MA 02356<br>508-230-3700 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the business affairs and operating results of Compurex; the creation and operation of Newco; and the Defendants' efforts to perform the transaction. |
| 3. | Amy Royce<br>Compurex Systems Corporation<br>35 Eastham Street<br>South Easton, MA 02334<br>508-230-3700 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the business affairs and operating results of Compurex; the creation and operation of Newco; and the Defendants' efforts to perform the transaction. |
| 4. | Morgan Smith<br>Compurex Systems Corporation<br>35 Eastham Street<br>South Easton, MA 02334<br>508-230-3700 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the business affairs and operating results of Compurex; the creation and operation of Newco; and the Defendants' efforts to perform the transaction. |
| 5. | Joseph Lovetere<br>Compurex Systems Corporation<br>35 Eastham Street<br>South Easton, MA 02334<br>508-230-3700 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the business affairs and operating results of Compurex; the creation and operation of Newco; and the Defendants' efforts to perform the transaction. |
| 6. | Stephen F. Madden<br>New England Business Exchange, Inc.<br>60 Walnut Street<br>Wellesley, MA 02481-2103<br>781-431-0909 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the business affairs and operating results of Compurex; the creation and operation of Newco; the parties' efforts to perform the transaction; and the damages sustained by Holding Capital as a result of the Defendants' actions. |
| 7. | James W. Donaghy<br>Holding Capital Group, Inc.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017<br>212-486-6670 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the creation and operation of Newco; the parties' efforts to perform the transaction; and the damages sustained by Holding Capital as a result of the Defendants' actions. |

| # | NAME/ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| 8. | Andrew E. Schultz<br>Holding Capital Group, Inc.<br>630 Third Avenue, 7th Floor<br>New York, NY   10017<br>212-486-6670 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the creation and operation of Newco; the parties' efforts to perform the transaction; and the damages sustained by Holding Capital as a result of the Defendants' actions. |
| 9. | S. A. Spencer<br>Holding Capital Group, Inc.<br>630 Third Avenue, 7th Floor<br>New York, NY   10017<br>212-486-6670 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the creation and operation of Newco; the parties' efforts to perform the transaction; and the damages sustained by Holding Capital as a result of the Defendants' actions. |
| 10. | Willy Ng<br>JH Whitney Investment LLC<br>245 Park Avenue, 39th Floor<br>New York, NY 10167<br>212-835-1957 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the creation and operation of Newco; the parties' efforts to perform the transaction; and the damages sustained by Holding Capital as a result of the Defendants' actions. |
| 11. | William J. Crane, CPA<br>Ercolini & Company, LLP<br>55 Summer Street<br>Boston, MA   02110<br>617-482-5511 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the business affairs and operating results of Compurex; the creation and operation of Newco; and the parties' efforts to perform the transaction. |
| 12. | Individuals employed by<br>Campion & Company, Inc.<br>3595 Post Road, Suite 15-304<br>Warwick, RI   02886<br>401-621-7800 | The business affairs and operating results of Compurex. |
| 13. | Alden F. Harris, II<br>Bank of America<br>100 Front Street<br>Worcester, MA   01608<br>508-770-7122 | The business affairs and operating results of Compurex and the parties' efforts to perform the transaction. |
| 14. | Todd R. Mandella<br>Bank of America<br>100 Front Street<br>Worcester, MA   01608<br>508-770-7122 | The business affairs and operating results of Compurex and the parties' efforts to perform the transaction. |
| 15. | Gary J. Winston<br>Medford Investments, L.P.<br>700 Louisiana, Suite 1100<br>Houston, TX   77002<br>713-650-3330 | The business affairs and operating results of Compurex and the parties' efforts to perform the transaction. |

| # | NAME/ADDRESS | SUBJECT(S) OF INFORMATION |
|---|---|---|
| 16. | Drew G. Sudduth<br>Medford Investments, L.P.<br>700 Louisiana, Suite 1100<br>Houston, TX 77002<br>713-650-3330 | The business affairs and operating results of Compurex and the parties' efforts to perform the transaction. |
| 17. | Leashanne Chen<br>Medford Investments, L.P.<br>700 Louisiana, Suite 1100<br>Houston, TX 77002<br>713-650-3330 | The business affairs and operating results of Compurex and the parties' efforts to perform the transaction. |
| 18. | Raye Dean Gilbert<br>Medford Investments, L.P.<br>700 Louisiana, Suite 1100<br>Houston, TX 77002<br>713-650-3330 | The business affairs and operating results of Compurex and the parties' efforts to perform the transaction. |
| 19. | Gregory Hart<br>M.H. Kaplan, PC<br>298 Tosca Drive<br>Stoughton, MA 02072<br>781-341-3266 | The business affairs and operating results of Compurex and the parties' efforts to perform the transaction. |
| 20. | John Lynch, Esq.[1]<br>Davis, Malm & D'Agostine, P.C.<br>One Boston Place<br>Boston, MA 02108<br>617-589-3820 | The negotiations and agreements between the Defendants and Holding Capital; the LOI; the business affairs and operating results of Compurex; the creation and operation of Newco; and the Defendants' efforts to perform the transaction. |

[1] In identifying John Lynch, Esq., Holding Capital does not waive its right to move to disqualify either Attorney Lynch or the law firm of Davis, Malm & D'Agostine, P.C.

B.  **Documents, Data Compilations, and Tangible Things:**

Excluding those documents, data compilations, and tangible things that may be used solely for purposes of impeachment, the following categories of such items, are in the possession, custody, or control of Holding Capital:

- Correspondence between the parties to this action.
- Documents related to LOI.
- Documents related to any and all agreements between the parties.
- Documents related to the corporate and financial affairs and operating results of Compurex and its affiliated companies.
- Documents related to Newco.
- Documents relating to Holding Capital's interest and attempts to acquire financial interest in Compurex.

Holding Capital provides this disclosure without waiving any privilege, including, but not limited to, any attorney-client privilege or work product privilege. The documents constituting Holding Capital's production are located at Holding Capital's principal place of business. Holding Capital reserves the right to supplement this response.

C.  **Computation of Damages:**

Holding Capital has not completed its inquiry into the extent of its damages, and reserves the right to supplement this response. At this time, Holding Capital estimates its damages at $2,340,000, which is based upon the Defendants' growth projections of Holding Capital's investment five years after closing (projected to be $2,700,000), less Holding Capital's initial equity investment of $360,000. This estimate does not include out-of-pocket expenses and expenditures of time, manpower, and resources, as well as lost business opportunities and loss of profits from investments. In addition, Holding Capital has incurred $7,493 in attorneys' fees through December 22, 2004, in bringing this action. This is not inclusive of expenses Holding Capital has incurred to date, nor does it estimate the fees and expenses Holding Capital anticipates it will incur in the future.

D.   **Insurance Information:**

Holding Capital is not aware of any insurance agreement or policy that might cover any potential liability in this matter. Holding Capital reserves the right to supplement this response.

 

Respectfully submitted,

**HOLDING CAPITAL GROUP, INC.,**

By its attorneys,

_/s/ C. Matheson_

Paul Michienzie, Esq. - BBO #548701
Christopher Matheson, Esq. – BBO #640594
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
T: (617) 227-5660

Dated: December 28, 2004

## CERTIFICATE OF SERVICE

I, Christopher Matheson, hereby certify that on this 28th day of December 2004, I served a copy of the ***Rule 26 Initial Disclosures of Plaintiff, Holding Capital Group, Inc.,*** by first-class mail and facsimile, postage prepaid to the following:

Thomas S. Fitzpatrick, Esq.
Alice A. Kokodis, Esq.
Davis Malm & D'Agostine, P.C.
One Boston Place, 37th Floor
Boston, MA   02108

_____
Christopher Matheson