UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLDING CAPITAL GROUP, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>COMPUREX SYSTEMS CORPORATION,<br>MARK OSTROFF and CHRISTOPHER E.<br>PERNOCK,<br><br>*Defendants.* | C. A. No. 04CV12061 WGY |

### DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTS RESPONSIVE TO THEIR FIRST REQUEST

The Plaintiff has failed to produce documents responsive to Defendants' First Request For Production Of Documents To Plaintiffs. The documents were not produced when they were due by rule. Counsel for the Plaintiff then made a commitment to produce the documents by a date certain but did not keep that commitment. A second commitment for belated production has been made but there is no way to know if that commitment will be kept. Accordingly, defendants Compurex Systems Corporation, Mark Ostroff and Christopher E. Pernock ("Defendants") hereby move for an order of this Court compelling the Plaintiff to produce the documents responsive to Defendants' First Request For Production which the Plaintiff has said it will produce. If the documents in question are produced while this motion is pending, Defendants will promptly, and happily, withdraw this motion.

In support of its motion, Defendants respectfully refers the Court to Defendants' Memorandum In Support Of Their Motion To Compel Plaintiff To Produce Documents Responsive To Their First Request, which is submitted herewith.

**WHEREFORE,** for the forgoing reasons, Defendants respectfully requests that the Court:

a. order Plaintiff to produce all non-privileged documents responsive to Defendants' document requests nos. 1-10 and 12-16 within ten (10) calendar days of the Court's order; and

b. grant such other and further relief as the Court deems just and proper.

### REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), Defendants request a hearing on their motion to compel.

Defendants,

**COMPUREX SYSTEMS CORPORATION, MARK OSTROFF and CHRISTOPHER E. PERNOCK,**

By their attorneys,

Thomas S. Fitzpatrick, Esquire (BBO #556453)
Alice A. Kokodis, Esquire (BBO #631401)
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500

Dated: January 27, 2005

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2) AND 37.1(A)

I, Thomas S. Fitzpatrick, hereby certify that on January 14, 2005, I had a teleconference with plaintiff's counsel, Christopher Matheson, during which we conferred and attempted in good faith to narrow the issue raised by the above motion and that the provisions of Local Rules 7.1(A)(2) and 37.1(A) were complied with.

_____
Thomas S. Fitzpatrick

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the plaintiff, Holding Capital Group, Inc., by first class mail and e-mail on January 27, 2005.

_____
Thomas S. Fitzpatrick

353139v.1