UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLDING CAPITAL GROUP, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>COMPUREX SYSTEMS CORPORATION, MARK OSTROFF and CHRISTOPHER E. PERNOCK,<br><br>*Defendants.* | C. A. No. 04CV12061 WGY |

**DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR MOTION TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTS RESPONSIVE TO THEIR FIRST REQUEST**

The Defendants hereby give notice that they are withdrawing their Motion to Compel Plaintiff To Produce Documents Responsive To Their First Request without prejudice.

Defendants,

**COMPUREX SYSTEMS CORPORATION, MARK OSTROFF and CHRISTOPHER E. PERNOCK,**

By their attorneys,

/s/ Thomas S. Fitzpatrick
Thomas S. Fitzpatrick, Esquire (BBO #556453)
Alice A. Kokodis, Esquire (BBO #631401)
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500

Dated: February 2, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on counsel for the plaintiff, Holding Capital Group, Inc., by first class mail and e-mail on February 2, 2005.

_____
Alice A. Kokodis

353763v.1