UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOLDING CAPITAL GROUP, INC.,<br>    Plaintiff,<br><br>v.<br><br>COMPUREX SYSTEMS<br>CORPORATION, MARK OSTROFF<br>and CHRISTOPHER E. PERNOCK,<br>    Defendants. | Civil Action No. 04-CV-12061 WGY |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties to this action hereby stipulate that all claims and counterclaims be dismissed with prejudice. Each party shall bear its own costs, and each party waives any rights of appeal.

Plaintiff,

**Holding Capital Group, Inc.,**

By its attorneys,

_____
Paul Michienzie, Esquire/BBO #548701
Chris Matheson, Esquire/BBO #640594
MICHIENZIE & SAWIN LLC
745 Boylston Street, 5th Floor
Boston, MA 02116
(617) 227-5660

Defendants,

**Compurex Systems Corporation, Mark Ostroff, and Christopher E. Pernock,**

By their attorneys,

_____
Thomas S. Fitzpatrick, Esquire/BBO #556453
Alice A. Kokodis, Esquire/BBO #631401
DAVIS MALM & D'AGOSTINE, P.C.
One Boston Place, 37th Floor
Boston, MA 02108
(617) 367-2500

Date: May 11, 2005

{00066874.DOC}